DAVID M. LOUIE        2162
Attorney General of Hawaii

CARON M. INAGAKI   3835
JOHN F. MOLAY         4994
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
E-Mail:  John.F.Molay@hawaii.gov

Attorneys for Defendants
NEIL ABERCROMBIE, LORETTA J. FUDDY,
and STATE OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EMMANUEL TEMPLE, THE HOUSE OF PRAISE; CARL E. HARRIS; LIGHTHOUSE OUTREACH CENTER ASSEMBLY OF GOD; JOE HUNKI, JR.<br><br>            Plaintiffs,<br><br>   vs.<br><br>NEIL ABERCROMBIE, in his official capacity as Governor of the State of Hawaii; LORETTA J. FUDDY, in her official capacity as Director of Health of the State of Hawaii; STATE OF HAWAII,<br><br>            Defendants. | CIVIL NO.  11-00790 JMS-KSC<br><br>DEFENDANTS' MOTION TO DISMISS; EXHIBIT A; DECLARATION OF JOHN F. MOLAY; CERTIFICATE OF SERVICE<br><br>(FRCivP, Rules 12(b)(1)(6)) |

## DEFENDANTS' MOTION TO DISMISS

Comes now, Defendants Neil Abercrombie, Loretta J. Fuddy, and the State of Hawaii, through their undersigned counsel, and hereby move this Honorable Court to grant their motion to dismiss the Complaint pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(1), and dismiss this action as to Plaintiffs, and give judgment in favor of Defendants, with all costs, including attorneys' fees.

This motion is brought pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure ("FRCivP") and is based on the memorandum in support of the motion and the records and files before this Court.

DATED: HONOLULU, HAWAII, JULY 27, 2012

/s/John F. Molay
JOHN F. MOLAY
Deputy Attorney General

Attorney for Defendants
NEIL ABERCROMBIE,
LORETTA J. FUDDY and
STATE OF HAWAII